| | |
|---|---|
| 1 | ROXANNE M. WILSON (SBN 94627) |
|   | *rwilson@reedsmith.com* |
| 2 | JACK R. NELSON (SBN 111863) |
|   | *jnelson@reedsmith.com* |
| 3 | CHRISTINE M. NEUHARTH (SBN 263509) |
|   | *cneuharth@reedsmith.com* |
| 4 | NABIL A. BISHART (SBN 270305) |
|   | *nbisharat@reedsmith.com* |
| 5 | REED SMITH LLP |
|   | 355 South Grand Avenue, Suite 2900 |
|   | Los Angeles, CA  90071-1514 |
| 6 | Telephone:   213.457.8000 |
|   | Facsimile:   213.457.8080 |

Attorneys for Defendant Pittsburgh Penguins LP

SEAN P. REIS – SBN 184004*
*sreis@edelson.com*
EDELSON MCGUIRE LLP
30021 Tomas Stree, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile:  (949) 459-2123

Attorneys for Plaintiff and the putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SPRING STREET COURTHOUSE

| | |
|---|---|
| FRED WEISS, individually and on behalf of all others similarly situated, | Case No.: CV12-4585 CBM (JCx) |
| *Plaintiff*, | **ORDER SUBSTITUTING PARTY-DEFENDANT** |
| v. | |
| LEMIEUX GROUP, L.P. d/b/a THE PITTSBURGH PENGUINS, a Pennsylvania limited partnership. | Judge: Honorable Consuelo B. Marshall |
|   | Action Filed: May 25, 2012 |
| *Defendant*. | |

This matter coming before the Court on the Parties' Revised Stipulation to Substitute Party-Defendants, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiff Weiss's complaint is hereby dismissed without prejudice as to Lemieux Group L.P. on the conditions set forth in this Stipulation; Pittsburgh Penguins LP, shall be substituted as party-defendant for The Lemieux Group L.P. as of the date of this stipulation;

2. Pittsburgh Penguins LP is hereby named as party-defendant in this matter. Plaintiff's complaint shall be deemed filed against and served upon Pittsburgh Penguins LP *nunc pro tunc* to June 6, 2012 (the date of service on Pittsburgh Penguins LP);

3. Plaintiff's complaint against Pittsburgh Penguins LP shall relate back to the date of its original filing with respect to the statute of limitations;

4. This stipulation does not constitute a waiver of, or otherwise impair, Plaintiff's ability to name at a later time Lemieux Group L.P. as a party-defendant should Plaintiff have a good-faith basis to do so and in accordance with Fed. R. Civ. P. 15;

5. Any future amended pleading against Lemieux Group for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, or for breach of contract, shall relate back to the original filing of this action;

6. This stipulation does not constitute a waiver of, or otherwise impair, any defenses Lemieux Group L.P., Pittsburgh Penguins LP or any other later-named affiliated entity may raise against this action.

**IT IS SO ORDERED.**

Entered:   August 03, 2012   _____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE